# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG,          )<br>                                                 )<br>          Plaintiff,                   )<br>                                                 )<br>     vs.                                    )<br>                                                 )<br>MILLER et al.,                       )<br>                                                 )<br>          Defendants.            )<br>                                                 )<br>                                                 ) | 3:10-cv-00603-RCJ-VPC<br><br>**ORDER** |

    Plaintiff prisoner sued Defendants in this Court, alleging several constitutional violations. The Court screened and dismissed the Complaint pursuant to 28 U.S.C. § 1915A. Five months later, Plaintiff filed the present motion to reconsider. The motion contains no argumentation why Plaintiff believes the Court erred but simply repeats and amplifies the allegations in the Complaint. Accordingly, the motion is denied.

## CONCLUSION

    IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 9) is DENIED.

    IT IS SO ORDERED.

Dated this 14th day of August, 2012.

_____
ROBERT C. JONES
United States District Judge